Harry J. O'Rourke, appellant, v. Mary C. O'Rourke, appellee. Gen. No. 39,852.

618

Opinion filed May 11, 1938. Rehearing denied May 26, 1938.

Winston, Strawn & Shaw, for appellant; John D. Black, Arthur D. Welton, Jr., and James H. Cartwright, of counsel. McKinney, Folonie & Grear, for appellee; Hayes, McKinney and Thomas M. Kavanagh, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.